**UNITED STATES BANKRUPTCY COURT**  
**DISTRICT OF NEW JERSEY (NEWARK VICINAGE)**

**Case No. 23-21472-EJO**  
**Chapter 13**  
**Hon. Eamonn J. O'Hagan**

In re:  
ROGER JOHN MUNOZ,  
Debtor.

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE

PLEASE TAKE NOTICE that Jonathan Stone, Esquire, attorney for Roger John Munoz (the "Movant"), hereby enters an appearance in this matter and requests that all notices and papers be served upon:

Jonathan Stone, ESQ, CPA, MST, LLC  
490 Schooley's Mountain Road – Bldg. 3A  
Hackettstown, NJ 07840–4002

Tel: (908) 979–9919  
Email: jonathan.stone@jonstonelaw.com

PLEASE TAKE FURTHER NOTICE that Movant requests that service be made through the Court's CM/ECF system and, where CM/ECF service is not available, by U.S. Mail and/or email.

Respectfully submitted,

Jonathan Stone, ESQ, CPA, MST, LLC

By: /s/ Jonathan Stone, Esq.

Jonathan Stone, Esq.  
490 Schooley's Mountain Road – Bldg. 3A  
Hackettstown, NJ 07840–4002  
Tel: (908) 979–9919  
Email: jonathan.stone@jonstonelaw.com  
Dated: April 5, 2026