Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23–21472–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Roger John Munoz
aka Roger J. Munoz
7 Cheshire Terrace
West Orange, NJ 07052

Social Security No.:
xxx–xx–8820

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/6/26 at 10:00 AM

to consider and act upon the following:

*21* – Motion to Reopen Case re: Fraudulent filing. Fee Amount $ 235. Filed by Jonathan Stone on behalf of Roger John Munoz. Hearing scheduled for 4/29/2026 at 09:00 AM, EJO – Courtroom 2, Trenton.. (Attachments: # 1 Certification of Roger John Munoz # 2 Certification of Counsel # 3 Exhibit A – 23–21472 # 4 Exhibit B – 24–17273 # 5 Exhibit C – Hackettstown Police Report # 6 Exhibit D – Ex–Fiance Bankruptcy Search # 7 Brief # 8 Proposed Order # 9 Certificate of Service) (Stone, Jonathan) INCORRECT HEARING LOCATION AND TIME SET. Modified on 4/6/2026 (car).

Dated: 4/6/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court