Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−21472−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Roger John Munoz
    aka Roger J. Munoz
    7 Cheshire Terrace
    West Orange, NJ 07052

Social Security No.:
    xxx−xx−8820

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/6/26 at 10:00 AM

to consider and act upon the following:

*21* − Motion to Reopen Case re: Fraudulent filing. Fee Amount $ 235. Filed by Jonathan Stone on behalf of Roger John Munoz. Hearing scheduled for 4/29/2026 at 09:00 AM, EJO − Courtroom 2, Trenton.. (Attachments: # 1 Certification of Roger John Munoz # 2 Certification of Counsel # 3 Exhibit A − 23−21472 # 4 Exhibit B − 24−17273 # 5 Exhibit C − Hackettstown Police Report # 6 Exhibit D − Ex−Fiance Bankruptcy Search # 7 Brief # 8 Proposed Order # 9 Certificate of Service) (Stone, Jonathan) INCORRECT HEARING LOCATION AND TIME SET. Modified on 4/6/2026 (car).

Dated: 4/6/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 23-21472-RG

Roger John Munoz                                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 06, 2026 | Form ID: ntchrgbk | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+  Roger John Munoz, 7 Cheshire Terrace, West Orange, NJ 07052-2705 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: BKCourtNotices@yourmortgageonline.com | Apr 06 2026 21:03:00 | Weichert Financial Services, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jonathan Stone | on behalf of Debtor Roger John Munoz jonstonelaw@gmail.com bkecf_stone@bkexpress.info;r43620@notify.bestcase.com;JonathanStoneESQCPAMSTLLC@jubileebk.net |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | |

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: Apr 06, 2026                       Form ID: ntchrgbk                              Total Noticed: 2

                    on behalf of Creditor Weichert Financial Services bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 4