UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004–1(b)**

**Jonathan Stone, ESQ, CPA, MST, L.L.C.**
**Jonathan Stone, Esquire**
490 Schooley's Mountain Road – Bldg. 3A
Hackettstown, NJ 07840–4002
Tel. (908) 979–9919 / Fax. (908) 979–9920
jonstonelaw@gmail.com
Attorney for Debtor

**Order Filed on May 7, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

Roger John Munoz,

          Debtor.

| | |
|---|---|
| Case No.: | 23–21472 |
| Chapter | 13 |
| Hearing Date: | May 6, 2026 |
| Time: | 10:00 am |
| Judge: | |

**ORDER REOPENING CASE, DETERMINING UNAUTHORIZED FILING, DIRECTING THAT THE FILING NOT BE USED AGAINST MOVANT, AND WAIVING REOPENING FEE**

    The relief set forth on the following pages numbered two (2) through (2) is hereby **ORDERED**.

**DATED: May 7, 2026**

_____
Honorable Mark E. Hall
United States Bankruptcy Judge

Page 2

Debtor:  Roger John Munoz
Case No.:  23–21472 (EJO)
Caption:  **ORDER REOPENING CASE, DETERMINING UNAUTHORIZED FILING, DIRECTING THAT THE FILING NOT BE USED AGAINST MOVANT, AND WAIVING REOPENING FEE**

---

**THIS CAUSE** having been opened to the Court upon the Motion of Roger John Munoz (hereinafter "the "Movant") to reopen this case and for related relief (hereinafter "the Motion"); and

**IT APPEARING** that this Court has jurisdiction over the parties and over the subject matter of this bankruptcy case; and

**IT FURTHER APPEARING** that all parties in interest received notice of the Motion and of the time, date and place of this hearing; and

**IT FURTHER APPEARING** that the relief requested by the Movant is consistent with the applicable provisions of Title 11 of the United States Code, and for all the reasons stated on the record and having established good and sufficient cause to grant said relief;

**IT IS HEREBY ORDERED** as follows:

**ORDERED** that the Movant's Motion is **GRANTED** as follows:

1.  The above-captioned case is REOPENED pursuant to 11 U.S.C. § 350(b) and Fed. R. Bankr. P. 5010 for the limited purpose of addressing the issues raised in the Motion.
2.  The Court determines that the petition and related filings in this case were filed without Movant's authorization.
3.  This bankruptcy filing shall not be used against Movant, including for purposes of 11 U.S.C. § 362(c)(3) and related provisions, and shall not be attributed to Movant as a prior filing for such purposes.
4.  The reopening fee is WAIVED.  If a reopening fee was collected to file the Motion, the Clerk is directed to REFUND the reopening fee to the payor.
5.  Upon entry of this Order, and absent further application, the case may be re-closed without further order of the Court.