UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004–1(b)**

**Jonathan Stone, ESQ, CPA, MST, L.L.C.**
**Jonathan Stone, Esquire**
490 Schooley's Mountain Road – Bldg. 3A
Hackettstown, NJ 07840–4002
Tel. (908) 979–9919 / Fax. (908) 979–9920
jonstonelaw@gmail.com
Attorney for Debtor

**Order Filed on May 7, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

Roger John Munoz,

        Debtor.

Case No.:     23–21472

Chapter      13

Hearing Date:  May 6, 2026

Time:      10:00 am

Judge:

**ORDER REOPENING CASE, DETERMINING UNAUTHORIZED FILING, DIRECTING THAT THE
FILING NOT BE USED AGAINST MOVANT, AND WAIVING REOPENING FEE**

The relief set forth on the following pages numbered two (2) through (2) is hereby **ORDERED**.

**DATED: May 7, 2026**

_____
Honorable Mark E. Hall
United States Bankruptcy Judge

Debtor:  Roger John Munoz
Case No.:  23–21472 (EJO)
Caption:  **ORDER REOPENING CASE, DETERMINING UNAUTHORIZED FILING, DIRECTING THAT THE FILING NOT BE USED AGAINST MOVANT, AND WAIVING REOPENING FEE**

_____

**THIS CAUSE** having been opened to the Court upon the Motion of Roger John Munoz (hereinafter "the "Movant") to reopen this case and for related relief (hereinafter "the Motion"); and

**IT APPEARING** that this Court has jurisdiction over the parties and over the subject matter of this bankruptcy case; and

**IT FURTHER APPEARING** that all parties in interest received notice of the Motion and of the time, date and place of this hearing; and

**IT FURTHER APPEARING** that the relief requested by the Movant is consistent with the applicable provisions of Title 11 of the United States Code, and for all the reasons stated on the record and having established good and sufficient cause to grant said relief;

**IT IS HEREBY ORDERED** as follows:

**ORDERED** that the Movant's Motion is **GRANTED** as follows:

1.    The above-captioned case is REOPENED pursuant to 11 U.S.C. § 350(b) and Fed. R. Bankr. P. 5010 for the limited purpose of addressing the issues raised in the Motion.
2.    The Court determines that the petition and related filings in this case were filed without Movant's authorization.
3.    This bankruptcy filing shall not be used against Movant, including for purposes of 11 U.S.C. § 362(c)(3) and related provisions, and shall not be attributed to Movant as a prior filing for such purposes.
4.    The reopening fee is WAIVED.  If a reopening fee was collected to file the Motion, the Clerk is directed to REFUND the reopening fee to the payor.
5.    Upon entry of this Order, and absent further application, the case may be re-closed without further order of the Court.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 23-21472-RG

Roger John Munoz                                                                           Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                    User: admin                                              Page 1 of 1

Date Rcvd: May 07, 2026                          Form ID: pdf903                                      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#                  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Roger John Munoz, 7 Cheshire Terrace, West Orange, NJ 07052-2705 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2026                          Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jonathan Stone | on behalf of Debtor Roger John Munoz jonstonelaw@gmail.com bkecf_stone@bkexpress.info;r43620@notify.bestcase.com;JonathanStoneESQCPAMSTLLC@jubileebk.net |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Weichert Financial Services bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4